DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHARROD D. HOLMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0890
_____

January 9, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Sharrod D. Holmes, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.
_____

Opinion subject to revision prior to official publication.